UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE P. BUCHANAN,

    Plaintiff,

v.

MIDLAND FUNDING LLC, et al.,

    Defendants.

                                  /

HONORABLE PAUL L. MALONEY

Case No.: 1:15-cv-388
Case No.: 1:15-cv-1172

Consolidated Cases

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (Case No. 1:15-cv-388, ECF No. 62; Case No. 1:15-cv-1172, ECF No. 57). The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation is hereby APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Spoelman's motion for summary judgment (Case No. 1:15-cv-1172, ECF No. 34) is GRANTED and Plaintiff's claims against him are DISMISSED.

**IT IS FURTHER ORDERED** that Plaintiff's motion for judgment on the pleadings, or in the alternative, for summary judgment (Case No.1:15-cv-388, ECF No. 46) is DENIED.

Dated: September 19, 2017

                                                 /s/ Paul L. Maloney
                                                 Paul L. Maloney
                                                 United States District Judge